In the Matter of the Application of MARGARET J. KNOTT and Others, Appellants, against FIORELLO H. LAGUARDIA, Chairman, and Others, Members of and Constituting the Board of Estimate of the City of New York, Respondents.—

Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [178 Misc. 97.]